In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00273-CV

_____

### IN THE INTEREST OF J.T. AND J.T.

**On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 11-05-05651 CV**

### MEMORANDUM OPINION

V.G. and J.T. appeal from an order terminating their parental rights to the minor children J.T. and J.T. The trial court found, by clear and convincing evidence, that statutory grounds existed for the termination and that termination of the parental rights of V.G. and J.T. would be in the best interest of the children. *See* Tex. Fam. Code Ann. § 161.001(1) (D), (E), (2) (West Supp. 2012).

Court-appointed appellate counsel for V.G. and J.T. submitted a brief in which counsel concludes that there are no arguable grounds to be advanced on appeal. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); *In the Interest of L.D.T.*, 161 S.W.3d 728, 731 (Tex. App.—Beaumont 2005, no pet.). The brief

presents counsel's professional evaluation of the record. Counsel served appellants with a copy of the *Anders* brief, moved to withdraw, and requested that appellants be provided with an opportunity to file a *pro se* brief. On August 14, 2012, we notified the parties that appellants could file a *pro se* brief on or before September 4, 2012. Neither appellant has filed a *pro se* brief.

We have reviewed counsel's brief and the trial court record. We conclude that no arguable grounds for appeal exist, and we therefore affirm the judgment of the trial court. We grant appellate counsel's motion to withdraw.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 25, 2012
Opinion Delivered October 18, 2012
Before McKeithen, C.J., Gaultney and Horton, JJ.

---

[1]In connection with withdrawing from the case, counsel shall inform appellants of the result of this appeal and that they have the right to file a petition for review with the Texas Supreme Court. *See* Tex. R. App. P. 53; *In the Interest of K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

2